ROGERS JOSEPH O'DONNELL
Patricia A. Meagher (SBN 113219)
  pmeagher@rjo.com
Tyson Arbuthnot (SBN 215225)
  tarbuthnot@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiff
SPECTRUM SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRUM SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 14-cv-00115-WHO <br><br> **MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE and ORDER** <br><br> Hearing Date:  September 23, 2014 <br> Time:  10:30 a.m. <br> Courtroom:  2, 17th Floor <br> Before:  Hon. William H. Orrick |

Plaintiff Spectrum Services Group, Inc. ("SSG") hereby moves this Court for an Order extending the Case Management Conference to November 4, 2014, for the following reasons.

As advised in Spectrum Services Group, Inc.'s ("SSG") prior Case Management Statement, SSG, AMEC Environmental and Infrastructure, Inc. ("AMEC") (the principal on Zurich's Miller Act bond), Berkley Regional Insurance Company ("Berkley") and SST-Pullman (a subcontractor to SSG) participated in a mediation of the related action (Case 3:13-cv-04059-WHO) on July 7, 2014 before mediator Randy Wulff.  Since the filing of the prior Case Management Statement, the approval of the settlement terms by executives not present at the mediation has been obtained.  AMEC and SSG (with SST-Pullman) are finalizing the terms of a Joint Prosecution Agreement for submission of their claims against the National Park Service.  AMEC is providing assistance to SSG in its final claim preparation after which the administrative claims process will move forward.  Accordingly, SSG respectfully requests

1   that the court extend the date for the Case Management Conference for 30 days to allow for
2   final agreement on a Joint Prosecution Agreement and submission of claims.
3          AMEC's counsel has requested authority to represent Zurich American Insurance
4   Company in this matter, and that request is still pending.
5          For the reasons stated above, plaintiff SSG moves the Court for an Order to extend the
6   date for the Case Management Conference to November 4, 2014.

Dated: September 10, 2014          ROGERS JOSEPH O'DONNELL


By:  _____/s/ Patricia A. Meagher_____
     PATRICIA A. MEAGHER
Attorneys for Plaintiff
SPECTRUM SERVICES GROUP, INC.


**IT IS SO ORDERED.**


Dated: September 10, 2014          _____
                                   WILLIAM H. ORRICK
                                   UNITED STATES DISTRICT JUDGE