UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SPECTRUM SERVICES GROUP, INC., | Case No. 14-cv-00115-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ZURICH AMERICAN INSURANCE COMPANY, | Re: Dkt. No. 30 |
| Defendant. | |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: January 13, 2015



WILLIAM H. ORRICK
United States District Judge